SYLVESTER, APPELLEE, *v.* MCCULLUM ET AL.; O'NEILL, APPELLANT.

[Cite as Sylvester *v.* McCullum (1988), 37 Ohio St. 3d 243.]

(No. 87-1602—Submitted May 11, 1988—Decided June 29, 1988.)

*Andrew Polovischak, Jr.,* for appellee.

*Anthony G. Ellis,* for appellant.

The judgment of the court of appeals is reversed on authority of *Surace* v. *Wuliger* (1986), 25 Ohio St. 3d 229, 25 OBR 288, 495 N.E. 2d 939.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

LOCHER, J., concurs in judgment only.

THE STATE, EX REL. MURR, APPELLANT, *v.* ALEXANDER ET AL., APPELLEES.

[Cite as State, ex rel. Murr, *v.* Alexander (1988), 37 Ohio St. 3d 243.]

(No. 88-528—Submitted May 17, 1988—Decided June 29, 1988.)

*Jeffrey A. Murr, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Bennett A. Manning,* for appellee.

The judgment of the court of appeals is affirmed because the matter is moot.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.